**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELTON RESULAJ, et. al., | : | |
|    Plaintiffs, | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | No. 12-3419 |
| ALLSTATE PROPERTY AND | : | |
| CASUALTY INS. CO., et. al., | : | |
|    Defendant | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

### <u>ORDER</u>

**AND NOW**, this _16th day of October, 2012, it is **ORDERED** that Plaintiffs' Motion for

Extension of Time to File Response to Defendant's Motion to Dismiss (Dkt. No. 12), is

GRANTED. Plaintiffs shall submit its response to Defendant's motion by October 24, 2012.


s/Anita B. Brody

_____
ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:               Copies **MAILED** on _____ to: